NELLIE MEISLE, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, Impleaded with Another.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 30th day of December, 1914, upon the verdict of a jury, and also from an order entered on the 29th day of December, 1914, denying a motion for a new trial.

PER CURIAM: We think there was no evidence to justify the verdict of the jury that the defendant was negligent or that it could have anticipated such an accident as occurred and which resulted in the death of the plaintiff's intestate. The judgment is, therefore, reversed, with costs, and the complaint dismissed, with costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin, J., dissented and voted for affirmance. Judgment and order reversed, with costs, and complaint dismissed, with costs.

---

MINNIE A. CARY, Appellant, *v.* ARTHUR L. CARY, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 2d day of March, 1915, denying a motion for a judgment for unpaid alimony and granting the defendant's motion to annul the provisions for alimony in a decree from the time of plaintiff's remarriage.

PER CURIAM: The order appealed from should be modified by directing the entry of a judgment for $2,047.50, unpaid alimony up to December 23, 1913, when the application to annul the provisions for alimony by reason of the plaintiff's remarriage was made, and annulling the provisions for alimony after said date of December 23, 1913, without costs. (See *Mowbray* v. *Mowbray*, 136 App. Div. 513; *Krauss* v. *Krauss*, *No. 1*, 127 id. 740.) Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.